UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   WALTER C. ROWE                                          CASE NO. 16-10089
   1319 LINCOLN AVENUE                           (CHAPTER 13)
   CINCINNATI, OH 45206                          JUDGE JEFFERY P. HOPKINS

        Debtor

CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS

Now comes Margaret A. Burks, Standing Chapter 13 Trustee, and requests that the Court dismiss this case for FAILURE to file documents requested by the Trustee. 11 U.S.C Section 1307(c)(1). For failure to provide business reporting and/or 2017 tax returns for review. 11 U.S.C. Sec. 1304.

MEMORANDUM

Debtor failed to file the documents necessary to allow the Trustee to continue administration.

The Trustee requests that she be permitted to disburse funds in her possession pursuant to the confirmed plan, minus administrative costs, or if pre confirmation, that Trustee shall disburse funds in her possession to Debtor minus administrative costs. Any funds received after the entry of the Order of Dismissal shall be returned to Debtor.

The Trustee respectfully requests that the motion be granted.

                                                                Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney Reg No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       fdicesare@cinn13.org
       kperr@cinn13.org
       mburks@cinn13.org - Correspondence only

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on June 12, 2018 addressed to:

Debtor's Attorney:
BRIAN D. FLICK, ESQ.
THE DANN LAW FIRM CO.
P.O. BOX 6031040
CLEVELAND, OH  44103

Debtor(s):
WALTER C. ROWE
1319 LINCOLN AVENUE
CINCINNATI, OH  45206

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
  WALTER C. ROWE                                                   CASE NO. 16-10089
  1319 LINCOLN AVENUE                                     (CHAPTER 13)
  CINCINNATI, OH  45206                                  JUDGE JEFFERY P. HOPKINS

      Debtor

NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court to dismiss your case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in this motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you or your attorney must:

File with the Court a response explaining your position by mailing your response by regular U.S. Mail to the address below OR your attorney must file a response using the court's ECF system.  The Court must receive your response on or before the above date.

  U.S. BANKRUPTCY COURT
  ATRIUM II, SUITE 800
  221 EAST 4TH STREET
  CINCINNATI, OH  45202

You must also mail a copy to:

  MARGARET A BURKS, TRUSTEE          U.S. TRUSTEE
  CHAPTER 13 TRUSTEE                   36 EAST 7TH ST.
  600 VINE, SUITE 2200                   SUITE 2030
  CINCINNATI, OH  45202                CINCINNATI, OH  45202

  Debtor's Attorney:
  BRIAN D. FLICK, ESQ.
  THE DANN LAW FIRM CO.
  P.O. BOX 6031040
  CLEVELAND, OH  44103

  Debtor(s):
  WALTER C. ROWE
  1319 LINCOLN AVENUE
  CINCINNATI, OH  45206

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Date: June 12, 2018

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.